**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2023**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00107-CV

---

**METROPOLITAN WATER COMPANY, LP AND MET WATER VISTA RIDGE, LP, Appellants**

**V.**

**BLUE WATER SYSTEMS, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees**

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 37412**

---

## MEMORANDUM OPINION

This is an appeal from an order signed March 25, 2022. On February 28, 2023, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.